1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
                                    AT TACOMA
5

6   DAMIAN DONALD SMITH,

7                        Plaintiff,                Case No. 3:14-cv-05581-KLS

8       v.                                         ORDER GRANTING PLAINTIFF'S
                                                   APPLICATION TO PROCEED IN
9   CAROLYN W. COLVIN, Acting                      FORMA PAUPERIS
    Commissioner of Social Security,
10
                         Defendant.
11

12

13       Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

14  does not appear to have funds available to afford the $400.00 Court filing fee.

15       DATED this 21st day of July, 2014.

16

17

18

19

20                                           Karen L. Strombom
                                             United States Magistrate Judge
21

22

23

24

25

26

ORDER - 1